UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE MENDEZ RODRIGUEZ, *et al*.,

Petitioners,

v.

JULIO HERNANDEZ, *et al.*,

Respondents.

CASE NO. 2:26-cv-02620-GJL

ORDER TO SHOW CAUSE

Petitioners Jose Mendez Rodriguez and Saron Habte, both of whom are currently detained at the Northwest Immigration Customs Enforcement Processing Center in Tacoma, Washington, jointly filed this immigration habeas action on July 24, 2026. Dkt. 1. At least one court in this District and numerous others across the country have held that multiple petitioners cannot generally join a single habeas petition. *Siguenza v. Hernandez*, No. 2:26-cv-02203-LK, Dkt. 14 (W.D. Wash. Jul. 29, 2026) (collecting cases).

Accordingly, Petitioners are **ORDERED** to **SHOW CAUSE** by **August 5, 2026**, why their joined Petition should not be severed or dismissed without prejudice for improper joinder. Given the time-sensitive nature of the underlying claims, the Court **WILL ALSO** permit one or

both of the Petitioners to **VOLUNTARILY DISMISS** their claims in this action without prejudice to re-filing in new, separate actions.

Dated this 31st day of July, 2026.

Grady J. Leupold
United States Magistrate Judge